THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRESTON GREENE, Appellant. [859 NYS2d 890]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered May 28, 2004. The appeal was held by this Court by order entered March 16, 2007, decision was reserved and the matter was remitted to Monroe County Court for further proceedings (38 AD3d 1338 [2007]). The proceedings were held and completed (Frank P. Geraci, Jr., J.).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Lunn, Pine and Gorski, JJ.